UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ABAGAIL K., | Case No. 22-CV-318 (NEB/LIB) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| v. | |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security* | |
| Defendant. | |

The Court has received the October 14, 2022, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 26.) The government has not objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 26) is ACCEPTED;

2. Plaintiff's Motion for Attorneys' Fees (ECF No. 18) is GRANTED, and Plaintiff is awarded attorney's fees in the amount of $6,027.30, pursuant to

the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: November 30, 2022                                BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge